# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

_____

**DELEVINE MONELL,**

                                **Plaintiff,**

    vs.                                                     1:10-CV-0897
                                                                   (MAD/RFT)

**THE SCOOTER STORE, LTD,**

                                  **Defendant.**

_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR PLAINTIFF:** | |
| GOLDSTEIN & GOLDSTEIN LAW FIRM<br>40 Garden Street<br>Poughkeepsie, NY 12601-3106 | Paul J. Goldstein, Esq. |
| **FOR DEFENDANT:** | |
| MIRANDA, SAMBURSKY LAW FIRM<br>240 Mineola Boulevard<br>Mineola, NY 11501 | Neil L. Sambursky, Esq. |

**Mae A. D'Agostino, U.S. District Judge**

## JUDGMENT DISMISSING ACTION
## BASED UPON SETTLEMENT

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Counsel has also advised the Court that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2, it is hereby

ORDERS that:

1) This action is dismissed in its entirety without prejudice to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a

showing that the settlement was not consummated; ,

    2)    The dismissal of the above captioned case shall become with prejudice on the thirty-first day after the date of the filing of this order unless any party moves to re-open this case within thirty days of the date of the filing of this order upon a showing that the settlement was not consummated. Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"that no party hereto is an infant or incompetent"** in compliance with N.D.N.Y.L.R. 41.3; and.

    4)    The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action.

Dated: December 18, 2012
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge